UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HSS ENTERPRISES, LLC, ) | Case No. C06-1485-JPD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION TO FILE DOCUMENTS |
| ) | UNDER SEAL AND DIRECTING |
| ALLIED P&C INSURANCE CO., ) | RETURN OF INADVERTENTLY |
| ) | DISCLOSED DOCUMENTS |
| Defendant. ) | |
| ) | |

The present matter comes before the Court on Plaintiff's Motion to File Documents Under Seal. Dkt. No. 24. After careful consideration of the plaintiff's motion, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's Motion to File Documents Under Seal (Dkt. No. 24) is GRANTED. Plaintiff has permission to file documents designated as inadvertently produced by the defendant, and such documents will remain under seal.

(2) Furthermore, because the defendant, as privilege holder, has taken prompt efforts reasonably designed to protect the privilege after this inadvertent disclosure, such disclosure should not be deemed a waiver of any privilege. *See, e.g.*, *Gomez v. Vernon*, 255 F.3d 1118, 1131-32 (9th Cir. 2001). Accordingly, counsel for the plaintiff is directed to return the inadvertently produced documents, including all copies and originals, to counsel for the

ORDER
PAGE – 1

01 defendant, pending the Court's resolution of the underlying discovery motion in this case. *See*
02 Dkt. No. 25.
03      (3)    The Clerk of Court is directed to send a copy of this Order to the parties.
04      DATED this 8th day of January, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE – 2